ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Patrick A. Gunn, State Bar No. 138729
Mark S. Williams, State Bar No. 127357
5776 Stoneridge Mall Road, Suite 200
Pleasanton, California 94588
Telephone: (925) 227-9200
Facsimile: (925) 227-9202

Attorneys for Plaintiff WASHINGTON
UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| WASHINGTON UNIFIED SCHOOL DISTRICT, a California public entity,<br><br>    Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota Corporation,<br><br>    Defendant. | CASE NO.:  2:06-CV-02256-WBS-DAD<br><br>**STIPULATION TO EXTEND INITIAL DISCLOSURE DEADLINE; ORDER**<br><br>[Complaint filed August 11, 2006]<br>[Removal Petition filed October 12, 2006] |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota Corporation,<br><br>    Counter-Claimant,<br><br>vs.<br><br>WASHINGTON UNIFIED SCHOOL DISTRICT, a California public entity,<br><br>    Counter-Defendant. | |

COME NOW, Plaintiff and Counter-Defendant WASHINGTON UNIFIED SCHOOL DISTRICT and Defendant and Counter-Claimant ST. PAUL FIRE & MARINE INSURANCE COMPANY by and through their attorneys of record, to stipulate to extend the deadline for

initial disclosures and expert witness disclosures required by FRCP section 26(a)(1) and (2). The parties hereby stipulate to extend the deadline for initial disclosures from Wednesday, January 31, 2007 to and including Monday, March 19, 2007.  The parties stipulate further to extend the deadline for expert witness disclosures to and including February 20, 2008.

IT IS SO STIPULATED.

DATED:  January 31, 2007          Respectfully submitted,

                                          ATKINSON, ANDELSON, LOYA
                                             RUUD & ROMO

By: _____
      Patrick A. Gunn
      Attorneys for WASHINGTON
      UNIFIED SCHOOL DISTRICT

DATED:  January 31, 2007          WOLKIN°CURRAN, LLP

By: _____
      Donald J. Colucci
      Daniel C.Welch
      Attorneys for ST. PAUL FIRE AND
      MARINE INSURANCE COMPANY

IT IS SO ORDERED.

DATED:  February 2, 2007

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-