ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Patrick A. Gunn, State Bar No. 138729
W. Bryce Chastain, State Bar No. 214088
5776 Stoneridge Mall Road, Suite 200
Pleasanton, California 94588
Telephone: (925) 227-9200
Facsimile: (925) 227-9202

Attorneys for WASHINGTON UNIFIED
SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHINGTON UNIFIED SCHOOL DISTRICT,<br><br>          Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>          Defendant. | CASE NO. 2:06-CV-02256-WBS-DAD<br><br>**ORDER FOR REMAND OF ACTION TO THE SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF YOLO**<br><br>JUDGE:  William B. Shubb<br>DATE:<br>TIME:<br>DEPT:    5 |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that this matter, Case No. 2:06-CV-02256-WBS-DAD, be Remanded to the Superior Court of the State of California in and for the County of Yolo, for the reason that this matter involves common questions of law and fact as those presented in that matter styled as *Hall-Mark Services, Inc. v. St. Paul Fire and Marine Insurance Company et al*., Case No. CV 04-404, pending before the Superior Court.

DATED:   January 23, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE