ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Patrick A. Gunn, State Bar No. 138729
W. Bryce Chastain, State Bar No. 214088
5776 Stoneridge Mall Road, Suite 200
Pleasanton, California 94588
Telephone: (925) 227-9200
Facsimile: (925) 227-9202

Attorneys for WASHINGTON UNIFIED
SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHINGTON UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CASE NO. 2:06-CV-02256-WBS-DAD<br><br>**AMENDED ORDER FOR REMAND OF ACTION TO THE SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF YOLO**<br><br>JUDGE:  William B. Shubb<br>DATE:<br>TIME:<br>DEPT:　5 |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that this matter, Case No. 2:06-CV-02256-WBS-DAD, be Remanded to the Superior Court of the State of California in and for the County of Yolo, with this Court's recommendation to the Superior Court that this matter, Case No. 2:06-CV-02256-WBS-DAD, for the reason that this matter involves common questions of law and fact as those presented in that matter styled as *Hall-Mark Services, Inc. v. St. Paul Fire and Marine Insurance Company et al.*, Case No. CV04-707, pending before the Superior Court.

Dated: February 11, 2008

　　　　　　　　　　　　　　　　　　　　　　　　／s／ William B. Shubb
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

005723.00025/138305v1

[PROPOSED] ORDER REMANDING CASE TO YOLO SUPERIOR COURT